### 7409.   HOWARD *v.* THE STATE.

BROYLES, J.   This case having been entertained only upon the condition that the costs be paid within ten days, and the costs not having been paid as required by the order of this court allowing the postponement of their payment, the writ of error must be dismissed.   *Bowden* v. *Georgia Chemical Works,* 18 *Ga. App.* 54 (88 S. E. 479).

*Writ of error dismissed.*

DECIDED JUNE 23, 1916.

Indictment for burglary; from Laurens superior court—Judge Kent.   March 15, 1916.

*George B. Davis, W. A. Dampier,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.